U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 05 2023

TONY R. MOORE, CLERK
BY_____
               DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

JOHARI D. JAMES

V.

CASE NO: 6:23-CV-00916

NORTHSTAR LOCATION SERVICE

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action for actual, statutory damages and costs brought by Plaintiff, Johari D. James, an individual consumer, against Defendant, Northstar Location Service for violations of the Fair Credit Reporting Act 15 USC § 1681 et seq. (FCRA).

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681 (p) and 28 U.S.C. § 1331. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1391(b)(2) because a substantial part of the events, omissions, or conduct giving rise to Plaintiff's claim occurred in this judicial district. Defendant, Northstar Location Service transacts business in New Iberia, Louisiana.

### III. PARTIES

3. Plaintiff, Johari D. James is a natural person and consumer as defined by 15 U.S.C. §1681a(c), residing in New Iberia, Louisiana.
4. Defendant, Northstar Location Service is a "furnisher" defined by 15 USC §1681a(b).
5. Upon information and belief, Northstar Location Service is a corporation with its place of business located at 4285 Genesee Street, Cheektowaga, New York 14225.
6. Defendant Northstar Location Service is engaged in the business of collecting debts in the State of Louisiana.

### IV. FACTS

7. On or about September 2022, Plaintiff, Johari D. James reviewed his credit report on Transunion.com.

8. In the report, the Plaintiff, Johari D. James observed an unauthorized inquiry from Defendant, Northstar Location Service.
9. Northstar Location Service unlawfully obtained the Plaintiff, Johari D. James Transunion consumer report on September 9, 2021 without the Plaintiff's authorization or permissible purpose under the Fair Credit Reporting Act. Please see Exhibit A.
10. According to 15 U.S.C. 1681a(r)(4) the term "account" is defined by having the same meaning as in section 1693a of this title.
11. Plaintiff never initiated any credit transaction with Defendant nor had an "account" with Defendant.
12. On April 25, 2023 Plaintiff sent Defendant an "Unauthorized Inquiry" letter via email and CFPB (Consumer Financial Protection Bureau), to address the unlawful activity. See Exhibit B.
13. Defendant received the dispute letter and replied on May 9, 2023. See Exhibit C.
14. Defendant failed to address the Plaintiff's concerns about the unauthorized inquiry in his consumer report.
15. Plaintiff never entered in a contract with the Defendant.
16. Plaintiff has the interest and right to be free from deceptive, misleading collection efforts.
17. Plaintiff has the interest and right to privacy from individuals including the Defendant of unauthorized access and furnishing of personal identifiable information.
18. Plaintiff's injury is "particularized" and "actual" in that the conduct that deprived Plaintiff of his rights was directed by Defendants to Plaintiff specifically.
19. Plaintiff's injury is directly traceable to Defendant's conduct because if it wasn't for the Defendant's conduct, Plaintiff would not have been deprived of his rights.
20. Defendant's conduct as described in this Complaint was willful, with the purpose to either harm Plaintiff or with reckless disregard for the harm to Plaintiff that could result from defendant's conduct.
21. Plaintiff justifiably fears that, absent this Court's intervention, defendant Northstar Location Service will continue to use abusive, deceptive, unfair, and unlawful means in its attempts to collect alleged debts.
22. Plaintiff justifiably fears that, absent this Court's intervention, Defendant Northstar Location Services will continue to access consumer reports without permissible purpose which is a violation of the Fair Credit Reporting act and an invasion of privacy.
23. The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.
24. A favorable decision herein would redress Plaintiff's injury with money damages.
25. A favorable decision herein would serve to deter Defendants from further similar conduct.

## V. COUNT 1 VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C.§ 1681b(f) DEFENDANT NORTHSTAR LOCATION SERVICES

26. All preceding paragraphs are realleged.
27. Defendant's actions violated 15 U.S.C. § 1681b(f). Permissible Purpose.
28. The Defendant's violations include but are not limited to the following;

   (a) Northstar Location Service violated 15 U.S.C. 1681b(f) by failing to have permissible purpose to obtain Plaintiff's consumer report pursuant to 15 U.S.C. 1681b;

(b) Northstar Location Service did not have a court order to obtain Plaintiff's consumer report;

(c) Plaintiff never gave written permission for Northstar Location Service to obtain his consumer report.

(d) Plaintiff does not have an account, which is defined under and has the same meaning under the Electronic Funds Transfer Act 15 U.S.C. § 1693a (2), with Northstar Location Service.

(e) Pursuant to the Electronic Funds Transfer Act 15 U.S.C. § 1693a the term "account" means a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in 1602(i)[1] of this title), as described in regulations of the Bureau, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement;

(f) Northstar Location Service does not have an account according to the definition above with defendant at the time and date of inquiry and defendant has failed to prove an account exists or they own or have an account with the Plaintiff.

29. As a result of the above violation of the Fair Credit Reporting Act, Northstar Location Service is liable to the Plaintiff for actual and statutory damages and cost.

## VI.  JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Johari D. James, respectfully demands a jury trial and request that judgment be entered in favor of Plaintiff against the Defendant for:

A. Violating the Fair Credit Reporting Act.
B. Actual damages pursuant to 15 U.S.C. § 1681n(a)(1)(A);
C. Statutory damages of $1,000 pursuant to 15 U.S.C. § 1681n(a)(1)(B);
D. Court cost pursuant to 15 U.S.C. § 1681b(a)(2);
E. For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Signature: *John J*
Date: 9/4/2023
Johari D. James
314 Alameda Street
New Iberia, LA 70563
337-256-6863 (Phone Number)
Joharijames61@yahoo.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOHARI D. JAMES

## DEFENDANTS
NORTHSTAR LOCATION SERVICE

**(b)** County of Residence of First Listed Plaintiff: **IBERIA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1681b

Brief description of cause:
Failing to have permissible purpose to obtain consumer report.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 9/4/2023

SIGNATURE OF ATTORNEY OF RECORD: *John [signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

EXHIBIT A





**NORTHSTAR LOCATION SERVIC**

Location
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225

Requested On
09/09/2021

Phone
(877) 630-6700

Johari James
314 Alameda Street
New Iberia, La 70563

April 25, 2023

Northstar Location Service
4285 Genesee Street
Cheektowaga, NY 14225

**Re:   Unauthorized inquiry to my consumer report; demand for $1,000 settlement**

To Northstar Location Service

You are in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, for unlawfully obtaining my Transunion consumer report on 09/09/2021 without my authorization or a permissible purpose under the FCRA. *See* 15 U.S.C. § 1681b. Specifically, the FCRA provides, "A person shall not use or obtain a consumer report for any purpose unless—(1) the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section; and (2) the purpose is certified in accordance with section 1681e of this title by a prospective user of the report through a general or specific certification." 15 U.S.C. § 1681b(f). *Chester v. Purvis*, 260 F. Supp. 2d 711 (S.D. Ind. 2003).

I have not initiated any transaction with Northstar Location Service. Further, I do note have an "account" as defined under 15 U.S.C. 1693a(2) with Northstar Location Service for review or collection.

Furthermore, under the FCRA, "Any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both." 15 U.S.C. § 1681q.

As a result of you unlawfully obtaining my consumer report without permissible purpose, you are liable to me for (1) actual damages or statutory damages up to $1,000, (2) punitive damages, and (3) costs of litigation together with attorneys' fees. 15 U.S.C. § 1681n(a).

For the sake of judicial economy, I am willing to settle this matter without any admitted liability. I offer full and final settlement of this issue if you comply with the following demands upon you: (1) cease and desist obtaining copies of my consumer report from the consumer reporting agencies and (2) pay me $1,000 and deliver it to my address above within 14 days of receiving this demand.

Please be advised that I am prepared to litigate this matter if you do not comply with this demand. Upon timely receipt of the $1,000 payment, this letter shall be a general release of all claims herein.

Sincerely,

Shayla James
Social Security Number last 4: 2647
Date of Birth: 01/07/1980

cc:     Consumer Financial Protection Bureau via upload



**NORTHSTAR** Location Services, LLC

May 9, 2023

Johari James Complaint No. 230427-10955202

Dear Mr. James,

We have received and reviewed your correspondence to the Consumer Financial Protection Bureau, and would like to take this opportunity to address the concerns you expressed. In addition, we have acknowledged receipt of this correspondence with your creditor.

Our records indicate that on September 9, 2021, we received an account from our client for the purpose of collections. Thereafter, on January 4, 2022, the above-referenced account was returned to your creditor at their request for further handling. Our file was been closed accordingly. Should you have any questions regarding this account, please contact TD Bank, N.A. directly at 1-800-742-2651 extension 7616.

In response to your correspondence, please be advised that we have obtained information in accordance with the Fair Credit Reporting Act, section 604(a), (3), (A) in connection with the collection of the above mentioned debt on behalf of your creditor, TD Bank, N.A. Our records confirm that we remained in compliance with all applicable laws.

Northstar Location Services, LLC is not responsible for updating information provided to credit bureaus as we are not a credit reporting agency. You may contact your creditor or credit reporting agencies directly with any questions in this regard.

Should you have any questions regarding this information or if the actions notated above have not resolved the situation, please do not hesitate to contact me directly at toll free 1-877-630-6700, extension 6019.

Sincerely,

*Linda M. Leising*

Linda M. Leising
Chief Compliance Officer
Northstar Location Services, LLC

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

4285 Genesee Street, Cheektowaga, NY 14225-1943
Phone 877-630-6700   Local 716-817-6770   Fax 716-565-6928